

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0613

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RYAN PATRICK MORRIS and TROY NELSON,

    Defendants and Appellants.

**FILED**

**OCT 0 5 2020**

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Megan Brownlee of Buckeye, Arizona, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Megan Brownlee to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Megan Brownlee, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 5th day of October, 2020.

For the Court,

By _____
           Chief Justice